(September 27, 2013)

■ In the Matter of DEBBIE SOIS, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [973 NYS2d 80]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Depart-

ment by order of the Supreme Court, Orleans County [James P. Punch, A.J.], entered February 19, 2013) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.